```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/27/06
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

MATIAS MERCEDES,

    Plaintiff,

06 CV 924 (DAB) (DF)

-against-

**STIPULATION OF
DISCONTINUANCE
WITH PREJUDICE**

LEMAGE INC. d/b/a QUARTINO RESTAURANT
FREDERICO MANFREDI & PAOLO MANFREDI

    Defendants.
------------------------------------------------------------------X

**IT IS HEREBY STIPULATED AND AGREED** by the undersigned counsel for the respective parties that the above action as and against **Lemage Inc., d/b/a/ Quartino Restaurant, Frederico Manfredi & Paolo Manfredi** has been resolved to the mutual satisfaction of the parties and accordingly agree that this action as and against **Lemage Inc., d/b/a/ Quartino Restaurant, Frederico Manfredi & Paolo Manfredi** is hereby dismissed with prejudice and without costs to any party.

Dated: New York, New York
September 6, 2006

_____  
Alan Serrins, Esq.  
QUELLER, FISHER, DIENST,  
SERRINS, WASHOR & KOOL, LLP  
Attorneys for Defendants  
233 Broadway 18th Floor  
New York, New York 10279  
Tel.: (212) 406-1700

_____  
Michael Faillace (8436).  
MICHAEL FAILLACE (8436).  
Attorneys for Plaintiff  
110 East 59th St., 32nd Floor  
New York, New York 10016  
Tel.: (212) 317-1200

**SO ORDERED**

_Deborah A. Batts_  
Deborah A. Batts (J. U.S. District Court)  
9/20/06